# Newark

**Cory Booker**
Mayor

**Department of Law**

920 Broad Street
Newark NJ 07102
973-733-3880
Fax 973 733-5394

**Julien X. Neals**
Corporation Counsel

<u>Gary S. Lipshutz</u>
Assistant Corporation Counsel
Direct Dial (973) 733-5945
lipshutzg@ci.newark.nj.us

June 10, 2008

**Via Electronic Filing**
Hon. Patty Shwartz, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building and Court House
Newark, New Jersey 07102

    Re:  <u>Al-Tarik Johnson v. City of Newark et al.</u>
         DOCKET NO. 08-1049 (FSH)

Dear Judge Shwartz:

    I am pleased to confirm that the parties have amicably resolved this matter.  I would like to thank the Court for Your Honor's assistance and cooperation.

    Please mark the matter dismissed (60-day Order).

               Respectfully Submitted,

               Julien X. Neals
               Corporation Counsel

            By:  <u>/s/ Gary S. Lipshutz</u>
                Gary S. Lipshutz
                Assistant Corporation Counsel

/GSL
cc:  Eric V. Kleiner, Esq.
     (via electronic filing)