**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AL TARIK JOHNSON, | : | |
| | : | Civil Action No. 08-1049 (FSH) |
| Plaintiff, | : | |
| v. | : | |
| | : | **O R D E R** |
| CITY OF NEWARK, et al., | : | |
| Defendants. | : | |

It appearing that it has been reported to the Court that the above-entitled action has been settled,

**IT IS** on this the 10th day of June, 2008,

**ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. Counsel are on notice that the good cause requirement will be stringently applied, and will require an affidavit detailing (a) the terms of the settlement agreement; and (b) why settlement could not be consummated within 60 days; and it is further

**ORDERED** that the terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

/s/ Faith S. Hochberg
UNITED STATES DISTRICT JUDGE